Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky
F I L E D

### for the

### Eastern District of Kentucky

JUN 0 2 2021

### Lexington Division

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Lifseyvind R.vanHouten (aka James Dunn), Gary
Bancroft, Iri Harkness (aka Stephen Harkness), James
Fultz, Anthony Harvey, Daniel Dunaway, Tommy
Fletcher, Josh Roberts, (see attached pg 1)

)
)
)
)
)
)
)
)

Case No. 5:21·CV·153·KKC

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Kentucky Department Of Corrections,Core Civic,
Cookie Crews,  Janet Conover, (see attached pg 1)

)
)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Lif'seyvind Reinier vanHouten |
| All other names by which you have been known: | James Mark Dunn; Jim |
| ID Number | 122945 |
| Current Institution | Lee Adjustment Center |
| Address | 168 Lee Adjustment Center Drive |

| Beattyville | KY | 41311 |
|---|---|---|
| *City* | *State* | *Zip Code* |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kentucky Department Of Corrections |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | Commonwealth of Kentucky |
| Address | 275 east Main Street |

| Frankfort | KY | 40106 |
|---|---|---|
| *City* | *State* | *Zip Code* |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Core Civic, Lee Adjustment Center |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | Commonwealth of Kentucky, KY DOC |
| Address | 168 Lee Adjustment Center |

| Beattyville | KY | 41311 |
|---|---|---|
| *City* | *State* | *Zip Code* |

☐ Individual capacity   ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Cookie Crews |
| Job or Title *(if known)* | Commissioner of the Kentucky Department of Corrections |
| Shield Number | |
| Employer | Commonwealth of Kentucky |
| Address | PO Box 2400 |
| | Frankfort |

| Frankfort | KY | 40601 |
|---|---|---|
| *City* | *State* | *Zip Code* |

☑ Individual capacity   ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Janet Conover |
| Job or Title *(if known)* | Director of Adult Institutions |
| Shield Number | |
| Employer | Kentucky Department of Corrections, Commonwealth of Kentucky |
| Address | PO Box 2400 |

| Frankfort | KY | 40601 |
|---|---|---|
| *City* | *State* | *Zip Code* |

☑ Individual capacity   ☐ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Defendants' refusal to provide a ceremonial religious meal for Plaintiffs constituted a deliberate indifference to Plaintiffs' sincerely held beliefs under the Religious Exercise Clause and the Equal Protection Clause of the 14th Amendment of the United Sates Constitution. Defendants' refusal to provide a ceremonial religious meal for Plaintiffs constituted a deliberate indifference to Plaintiffs' sincerely held beliefs under RLUIPA. (continued, see attached pg. 7)

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Defendant KY Department of Corrections created and instituted a policy that violated Plaintiffs' Constitutional rights under RLUIPA and the First and Fourteenth Amendments. Defendant Core Civic, being legally responsible for its employees that are in supervisory positions, allowed the continued enforcement of the illegal policy after they were informed of the constitutional violations. (see attached pg. 7)

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

All events giving rise to Plaintiffs' claims arose within the confines of the KY Department of Corrections, specifically at the Lee Adjustment Center. These events arose at the time of the initial requests for remedy and at the beginning of the administrative remedy processes. This approximate dates range from 7-2020 through 3-2021.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?
On 7-22-2020 at about 3:00pm, Plaintiffs first requested their racial identification to be changed.
On 6-07-2019, Plaintiff vanHouten first filed an institutional grievance for religious or ceremonial meals
to be provided to the Asatru/Odinist faith practices. On 6-19-2019, Plaintiff vanHouten submitted a
proposal for the religious accommodation of ceremonial meals for his faith. (see attached pg. 8)

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?
Was anyone else involved?  Who else saw what happened?)*
1)Plaintiffs requested for various accommodations in connections with their faith's religious practices
and racial/ethnic identifications. These requests were denied so Plaintiffs began the administrative
remedies process where they informed, in the body of these grievances, that the policies and practices
they were addressing violated their civil rights. Defendant KY Department of Corrections instituted these
illegal policies, Defendant CoreCivic enforced these illegal policies, Defendant Akers refused to remedy
the illegal policies, Defendant Crews ultimately denied the grievances and continued to apply the illegal
policies and practices, and Defendant Bloyd an Conover refused to address the KY DOC Policy 23.1 by
ignoring the religious accommodations requests from Plaintiffs and therefore did not correct the illegal
policies and practices when she was informed of their illegality.  (see attached pg. 8)

# V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.
The continued use of the terms "white" or "Caucasian" are racist terms and cause Plaintiffs to be targeted and
subjected to general aggressive and/or unpopular discriminatory treatment by the inmate population and
occasionally staff. Without the opportunity to participate in a ceremonial meal with specific foods, Plaintiffs are
spiritually separated from their Gods and therefore are not able to be recognized and receive the gifts that their
gods provide such as good health, good luck, and spiritual power necessary for them to reach the level of
Godhood in their faith. Without the proper personal religious items required for personal worship, Plaintiffs cannot
communicate and offer their sacrifices and efforts to their Gods and Ancestors and this separates them from the
divine and does not allow them to reach Godhood which is the main objective for their faith. They can only feign
their faith without earning or receiving any spiritual rewards and does not permit their Gods to hear or
acknowledge them.

# VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.
Declaratory relief ordering Defendant Department of Corrections to amend their policies to reflect that ceremonial
meals shall be provided for their quarterly Blot rituals and for these meals to include the special foods of Rabbit,
Beef, and Pork. Declaratory relief ordering Defendant Department of Corrections to amend their policies to reflect
that the additional personal religious items of 1) Personal Altar Cloth (small rabbit pelt), 2) Personal Oath ring
(arm ring or metal bracelet), 3) Personal wooden rune set, 4) Bowli (small wooden bowl), and 5) Personal Mead
Horn (small blunted cup made of natural materials), all be permitted as personal property for adherents of the
Asatru/Odinist faith. Declaratory relief ordering Defendant Department of Corrections to amend plaintiffs
institutional files and change their race identifier from "White" or "Caucasian" to "Germanic American".
Declaratory relief ordering all Defendants to acknowledge and adhere to the newly amended policies and
changes in the above listed declaratory reliefs. (see attached pg. 8)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lee Adjustment Center

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All claims for the Plaintiffs arose from the Kentucky Department of Corrections while Plaintiffs were housed at the Lee Adjustment Center.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.      If you did file a grievance:

1.      Where did you file the grievance?
        Grievance # 20-280G concerning the racial / ethnic identification was filed at the Lee Adjustment Center. Grievance # 21-045 concerning the additional personal religious items was filed at the Lee Adjustment Center. Grievance # 21-046 concerning the Ceremonial meals was filed at the Lee Adjustment Center.

2.      What did you claim in your grievance?
        Grievance # 20-280G claims that the terms of white or Caucasian are offensive and not appropriate. It is discriminatory not to allow another identifier when all other racial groups have been permitted this exact request. Grievance # 21-045 claims denial of these required personal religious items violate RLUIPA and the 1st and 14th Amendments of the US Constitution and the clauses therein. Grievance # 21-046 claims that a denial of a ceremonial meal violates violate RLUIPA and the 1st and 14th Amendments of the US Constitution and the clauses therein.

3.      What was the result, if any?
        Grievance # 20-280G was denied by Defendant Akers, and Defendant Crews. Grievance # 21-045 was denied by Defendant Akers, Defendant Crews. Grievance # 21-046 was denied by Lee Adjustment Center's Institutional Grievance Coordinator as being considered "moot".

4.      What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
        Grievance # 20-2806, Grievance # 21-045 and Grievance # 21-046 was appealed to the highest level available for the inmate grievance process in the KY Department of Corrections. All grievances are completed and no further administrative remedies exists.

F.       If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.       Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
   Prior to filing any of the grievances, Plaintiff vanHouten submitted formal requests to the proper authorities in hopes of a resolve to these violations. These requests were filed to the office of Alicia Bloyd. Once these requests were denied and / or ignored, Plaintiff vanHouten followed the administrative remedy process and filed grievances concerning all issues.

   *(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)   JAMES DUNN
    Defendant(s)   KENTUCKY DEPARTMENT OF CORRECTIONS

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    United States District Court for the Western District of Kentucky, Paducah Division

3.  Docket or index number
    CIVIL ACTION NO. 5:12-CV-192

4.  Name of Judge assigned to your case
    Thomas B. Russell, Senior United States District Judge

5.  Approximate date of filing lawsuit
    December 7, 2012

6.  Is the case still pending?
    ☐ Yes
    ☑ No

    If no, give the approximate date of disposition    March 28, 2014, Decided

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
    Summary Judgment was granted for the Defendants due to not filing a response within the designated time. The case was dismissed.

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5/23/21

Signature of Plaintiff    _Lifseyving R. van Houten_

Printed Name of Plaintiff    Lifseyving R.vanHouten (aka James Dunn), et.al.

Prison Identification #    122945

Prison Address    168 Lee Adjustment Center Drive

| Beattyville | KY | 41311 |
|---|---|---|
| City | State | Zip Code |

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

| | | |
|---|---|---|
| City | State | Zip Code |

Telephone Number    _____

E-mail Address    _____

<u>**Attached "Additional Pages" for Plaintiffs' Complaint**</u>

1. <u>**Additional Pages for "Plaintiffs" from page 1 of Complaint.**</u>

- <u>**Ethan Reid, Plaintiff**</u>

- <u>**Brandon Lannum, Plaintiff**</u>

- <u>**Kevin Rowe, Plaintiff**</u>

- <u>**Russell Clemons, Plaintiff**</u>

- <u>**Glenn Summitt, Plaintiff**</u>

- <u>**All other inmates within the Kentucky Department of Corrections that are similarly situated as being listed under the Asatru/Odinist faith, Plaintiffs**</u>

---

2. <u>**Additional Pages for "Defendants" from page 1 of Complaint.**</u>

- <u>**Alicia Bloyd,**</u>  Religious Program Administrator for Kentucky Department of Corrections

- <u>**Daniel Akers,**</u> Warden, Lee Adjustment Center.

---

1

**3. Additional Pages for "Parties to This Complaint, section I. A. Plaintiff(s)" from page 2 of Complaint.**

**Plaintiff No. 2**

| | |
|---|---|
| Name | **Gary Bancroft** |
| All other names by which you have been known: | **Alaska** |
| ID Number | **245407** |
| Current Institution | **Lee Adjustment Center** |

| Address | | | |
|---|---|---|---|
| **168 Lee Adjustment Center Drive** | **Address** | **168 Lee Adjustment Center Drive** | |
| Beattyville | KY | | 41311 |

**Plaintiff No. 3**

| | |
|---|---|
| Name | **Steven Harkness** |
| All other names by which you have been known: | **Iri** |
| ID Number | **278211** |
| Current Institution | **Lee Adjustment Center** |

| Address | | | |
|---|---|---|---|
| **168 Lee Adjustment Center Drive** | **Address** | **168 Lee Adjustment Center Drive** | |
| Beattyville | KY | | 41311 |

**Plaintiff No. 4**

| | |
|---|---|
| Name | **James Fultz** |
| All other names by which you have been known: | **Helgi** |
| ID Number | |
| Current Institution | **Lee Adjustment Center** |

| Address | | |
|---|---|---|
| **168 Lee Adjustment Center Drive** | | |
| **Beattyville** | **KY** | **41311** |
| *City* | *State* | *Zip Code* |

### Plaintiff  No. 5

| | |
|---|---|
| Name | **Anthony Harvey** |
| All other names by which you have been known: | **KID; Sigmund** |
| ID Number | |
| Current Institution | **Lee Adjustment Center** |
| Address | **168 Lee Adjustment Center Drive** |

| | | |
|---|---|---|
| **Beattyville** | **KY** | **41311** |
| *City* | *State* | *Zip Code* |

### Plaintiff  No. 6

| | |
|---|---|
| Name | **Daniel Dunaway** |
| All other names by which you have been known: | **Sinfjotli** |
| ID Number | |
| Current Institution | **Lee Adjustment Center** |
| Address | **168 Lee Adjustment Center Drive** |

| | | |
|---|---|---|
| **Beattyville** | **KY** | **41311** |
| *City* | *State* | *Zip Code* |

### Plaintiff  No. 7

| | |
|---|---|
| Name | **Tommy Fletcher** |
| All other names by which you have been known: | **none** |
| ID Number | |
| Current Institution | **Lee Adjustment Center** |
| Address | **168 Lee Adjustment Center Drive** |

| | | |
|---|---|---|
| **Beattyville** | **KY** | **41311** |
| *City* | *State* | *Zip Code* |

3

**Plaintiff  No. 8**

| | |
|---|---|
| Name | **Josh Roberts** |
| All other names by which you have been known: | **none** |
| ID Number | |
| Current Institution | **Lee Adjustment Center** |
| Address | **168 Lee Adjustment Center Drive** |

| | | |
|---|---|---|
| **Beattyville** | **KY** | **41311** |
| *City* | *State* | *Zip Code* |

**Plaintiff  No. 9**

| | |
|---|---|
| Name | **Ethan Reid** |
| All other names by which you have been known: | **Sorli** |
| ID Number | |
| Current Institution | **Lee Adjustment Center** |
| Address | **168 Lee Adjustment Center Drive** |

| | | |
|---|---|---|
| **Beattyville** | **KY** | **41311** |
| *City* | *State* | *Zip Code* |

**Plaintiff  No. 10**

| | |
|---|---|
| Name | **Brandon Lannum** |
| All other names by which you have been known: | **B.T.; Klein Bart** |
| ID Number | |
| Current Institution | |
| Address | |

| | | |
|---|---|---|
| | **KY** | |
| *City* | *State* | *Zip Code* |

4

## Plaintiff  No. 11

| | |
|---|---|
| Name | **Kevin Rowe** |
| All other names by which you have been known: | **none** |
| ID Number | |
| Current Institution | **Lee Adjustment Center** |
| Address | **168 Lee Adjustment Center Drive** |
| | **Beattyville**     **KY**     **41311** |
| | *City*     *State*     *Zip Code* |

## Plaintiff  No. 12

| | |
|---|---|
| Name | **Russell Clemons** |
| All other names by which you have been known: | **Hodor** |
| ID Number | |
| Current Institution | **Lee Adjustment Center** |
| Address | **168 Lee Adjustment Center Drive** |
| | **Beattyville**     **KY**     **41311** |
| | *City*     *State*     *Zip Code* |

## Plaintiff No. 13

| | |
|---|---|
| Name | **Glenn Summitt** |
| All other names by which you have been known: | |
| ID Number | **253185** |
| Current Institution | **Lee Adjustment Center** |
| Address | **168 Lee Adjustment Center Drive** |
| | Beattyville     KY     41311 |

## Plaintiff No. 14

- **Class of Plaintiffs, all other inmates within the Kentucky Department of Corrections that are similarly situated as being listed under the Asatru/Odinist faith.**

**4. Additional Pages for "Parties to This Complaint, section I. B. Defendant(s)" from page 2 of Complaint.**

**Defendant No. 5**

| | |
|---|---|
| Name | Alicia Bloyd |
| Job or Title *(if known)* | Religious Program Administrator for Kentucky Department of Corrections |
| Shield Number | |
| Employer | **Commonwealth of Kentucky** |
| Address | **PO Box 2400** |

| | City | State | Zip Code |
|---|---|---|---|
| | **Frankfort** | **KY** | **40601** |

[X] Individual Capacity   [X] Official Capacity

**Defendant No. 6**

| | |
|---|---|
| Name | Daniel Akers |
| Job or Title *(if known)* | **Warden of Lee Adjustment Center** |
| Shield Number | |
| Employer | **CoreCivic** |
| Address | **168 Lee Adjustment Center Drive** |

| | City | State | Zip Code |
|---|---|---|---|
| | **Beattyville** | **KY** | **41311** |

[X] Individual Capacity   [X] Official Capacity

6

**5. Additional Pages for "Basis for Jurisdiction Section II. B." from page 3 of Complaint.**

- Defendants' refusal to allow Plaintiffs to obtain personal religious items they sincerely believe are required by their faith constitutes a deprivation of rights for their sincerely held beliefs under the Religious Exercise Clause and the Equal Protection Clause of the 14th Amendment of the United Sates Constitution. Defendants' refusal to allow Plaintiffs to obtain personal religious items they sincerely believe are required by their faith constitutes a deprivation of rights for their sincerely held beliefs under RLUIPA. Defendants have violated the Plaintiffs' rights under RLUIPA-42 USCS § 2000cc, First Amendment's Free Exercise Clause, First Amendment's Establishment Clause, Equal Protection Clause of the Fourteenth Amendment. Defendants refusal amend Plaintiffs' racial identifiers from "White" or "Caucasian" to Germanic American continues the racial discrimination that they are suffering by being labeled under these racist terms. This is q deprivation of their rights to equal protection secured by the Constitution and Federal Laws.

---

**6. Additional Pages for "Basis for Jurisdiction Section II. D." from page 4 of Complaint.**

- Defendant Crews continued to enforce the illegal policy after she was informed of the constitutional violations and refused to remedy the violation during the administrative remedy grievance process by denying Grievances #21-045 and #21-046. Defendant Crews, Commissioner for the KY Department of Corrections at the time of grievance # 20-280G, continued to allow the Constitutional violation of racial discrimination to continue after she was informed of the constitutional violations and refused to remedy the violation during the administrative remedy grievance process by denying Grievance #20-280G. Defendant Akers continued to enforce the illegal policy and continued to allow the Constitutional violation of racial discrimination to continue after he was informed of the constitutional violations and refused to remedy the violation during the administrative remedy grievance process. Defendant Conover continued to enforce the illegal policy after she was informed of the constitutional violations and refused to remedy the violation during the religious accommodation request processes that Plaintiff vanHouten submitted. Defendant Bloyd continued to enforce the illegal policy after she was informed of the constitutional violations and refused to remedy the violation during the religious accommodation request processes that Plaintiff vanHouten submitted. Defendant Akers continued to enforce the illegal policy after he was informed of the

7

constitutional violations and refused to remedy the violation during the religious accommodation request processes that Plaintiff vanHouten submitted and in denying Grievances #21-045 and #21-046.

---

**7. Additional Pages for "Statement of Claim, Section IV. C." from page 5 of Complaint.**

• On 12-16-2020, Plaintiff vanHouten resubmitted this religious accommodation request. On 2-24-2021, Plaintiff vanHouten filed a grievance concerning the refusal to accommodate the Asatru/Odinist adherents ceremonial meals and advised all Defendants of the Constitutional violations in the body of this grievance. On 12-17-2020, Plaintiff vanHouten submitted a religious accommodation request for the inclusion of several personal religious items necessary for their private worship. On 2-24-2021, Plaintiff vanHouten filed an institutional grievance and informed all Defendants of the constitutional violations if his request was denied.

---

**8. Additional Pages for "Relief, Section IV D." from page 5 of Complaint.**

1. Plaintiffs' first claim is that the Defendants have violated Plaintiffs' Constitutional rights under RLUIPA, the Equal Protection Clause and the Religious Exercise Clause of the 14th Amendment of the United States Constitution by denying them and their entire class the opportunity to participate in a sincerely held religious practice. Petitioners, current inmates of Kentucky correctional institutions, claim that Defendants have violated their Constitutional rights by failing to accommodate Plaintiffs' exercise of their 'non-mainstream' religion in a variety of ways.

2. Plaintiffs' second claim is that the Defendants have violated their Constitutional rights under the Equal Protection clause of the 14th Amendment of the. United States Constitution by denying them and their entire class the opportunity to have their racial identifier that is listed in their institutional file changed due to the racial discrimination that they are suffering.

**9. Additional Pages for "Relief, Section VI." from page 5 of Complaint.**

- Monetary damages in the amount of $1000 from Defendants Crews, Conover, Bloyd and Akers for each of Plaintiffs' quarterly Blot ritual Feasts that has been withheld since the filing of their initial grievance on 6-07-2019, for the injuries Plaintiffs have suffered from the Constitutional violations and from being separated from their Gods and denying them the ability to commune with their Gods and reaching Godhood. Monetary damages in the amount of $5000 from each Defendants Crews and Akers for the injuries Plaintiffs have suffered from the racial discrimination they have suffered from the offensive terms "White" and/or "Caucasian". Punitive Damages for all expenses accrued in the filing of this action to include but not limited to all copy and postage expenses. Punitive Damages for any legal representation fees if class representation is granted. Any other relief that this Court finds appropriate.