UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| LIFSEYVIND REINIER VANHOUTEN,<br><br>   Plaintiff,<br><br>V.<br><br>KENTUCKY DEPARTMENT OF CORRECTIONS, et al.,<br><br>   Defendants. | Civil Action No. 5:21-cv-153-KKC<br><br><br><br>**JUDGMENT** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with the Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. *Pro se* plaintiff Lifseyvind Reinier vanHouten's claims in this matter [R. 11] are **DISMISSED**. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; and

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated January 25, 2022.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY